COURT OF APPEALS












 
 
 
  
 
 
 




 

 

COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 REEDA
 LEA CASTILLO,
  
                             Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-02-00198-CR
  
 Appeal from the
  
 161st
 District Court
  
 of Ector
 County, Texas
  
 (TC#
 B-29,441)
 
 




 

 

M E M O R A N D U
M   O P I N I O N

 

Pending
before the Court is Appellant=s motion to dismiss this appeal pursuant to 

 

Tex.
R. App. P. 42.2(a), which states that:

 

(a) At any time before the appellate court=s decision, the appellate court may dismiss the appeal
if the party that appealed withdraws its notice of appeal--by filing a written
withdrawal in duplicate with the appellate clerk, who must immediately send the
duplicate copy to the trial court clerk. 
An appellant must personally sign the written withdrawal. 

 








Attached to Appellant=s motion to dismiss the appeal is an
affidavit signed by Appellant=s attorney and an affidavit signed by Appellant.  Both affidavits verify that the allegations
of fact in the motion to dismiss the appeal are true and correct.  Furthermore, the Clerk of this Court has
certified that a copy of the motion to dismiss the appeal was sent to the trial
court clerk.  Appellant having complied
with the requirements of Rule 42.2(a), the Court has considered this cause on
Appellant=s motion, and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.             

January 16, 2003

 

RICHARD BARAJAS, Chief Justice

 

 

Before
Panel No. 4

Barajas,
C.J., Larsen, and McClure, JJ.

 

(Do
Not Publish)